UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                    Chapter 13

    JOHN R. WILSON,                                   Case No. 17-42649-ess

           Debtor.
--------------------------------------------------------x

### ORDER WAIVING THE REQUIREMENT TO FILE A
### CREDIT COUNSELING CERTIFICATE

      WHEREAS, on May 25, 2017, John R. Wilson filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

      WHEREAS, on June 1, 2017, the Debtor filed a motion for a waiver of the credit counseling requirement (the "Motion"), seeking a waiver of the requirement to receive credit counseling due to illness; and

      WHEREAS, pursuant to Bankruptcy Code Section 109(h)(1), the credit counseling requirement shall not apply if the Debtor "is unable to complete those requirements because of incapacity, disability, or active military duty in a military combat zone;" and

      WHEREAS, on July 19, 2017, the Court held a hearing on the Motion at which the Debtor, by counsel, appeared and was heard.

      NOW, THEREFORE, it is hereby

      ORDERED, that the requirement to receive credit counseling pursuant to Bankruptcy Code Section 109(h)(1) is waived.

TO:

**John R. Wilson**
1656 Park Place
Brooklyn, NY 11233
KINGS-NY

**Marianne DeRosa**
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Karamvir Dahiya**
Dahiya Law Offices, LLC
75 Maiden Lane
Suite 506
New York, NY 10038

**Dated: Brooklyn, New York**
   **July 19, 2017**

            **Elizabeth S. Stong**
        **United States Bankruptcy Judge**